IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00433-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE FRANCISCO RUIZ-AVILA,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on January 24, 2013,

**IT IS ORDERED** that Defendant Jose Francisco Ruiz-Avila is sentenced to **time served**.

Dated: January 24, 2013

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            ROBERT E. BLACKBURN,
                                            UNITED STATES DISTRICT JUDGE